ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

      Petitioner

v.

EDWARD GONZALEZ

      Respondent

\*      IN THE
         COURT OF APPEALS
\*      OF MARYLAND

\*      Misc. Docket AG

\*      No. 32

\*      September Term, 2019

## CORRECTED ORDER

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Edward Gonzalez, to suspend the Respondent from the practice of law indefinitely for violating Rules 1.4(b), 1.16(d) and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct, and the record herein, it is this 27th day of September, 2019;

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Edward Gonzalez, be suspended from the practice of law in the State of Maryland indefinitely; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Edward Gonzalez from the registry of attorneys in the Court and certify that fact to the trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Mary Ellen Barbera
Chief Judge